FILED
2015 Dec-15 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| A. JASON MOODY | )<br>) |
| PLAINTIFF, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) |
| THE ALABAMA DEPARTMENT OF TRANSPORTATION, ET AL. | ) 2:12-cv-04056-TMP<br>)<br>) |
| DEFENDANTS. | )<br>) |

## JOINT STATUS REPORT

COME NOW the Plaintiff and the Defendants, in accordance with the Court's Order of December 2, 2015, and advise the Court of the status of mediation proceedings in this case.  Through the mediation process, the parties have reached an agreement in principle to resolve the case in its entirety.  However, there remain some technical details to be worked out among the parties to finalize the settlement, and the case is not yet ripe for dismissal.  The parties believe that the interests of justice would be served by the continued stay of all proceedings until January 15, 2015, at which point they expect to be in a position to submit a stipulation for dismissal.

Submitted this the 15th day of December, 2015 by:

DOCSBHM\2099987\1

LUTHER STRANGE
Attorney General
State of Alabama
Office of the Attorney General
501 Washington Ave.
Montgomery, AL  36130
Telephone:  (334) 242-7300

/s/ Jim R. Ippolito, Jr.
/s/ G. Robert Prescott, Jr.
/s/ Gilda B. Williams
Jim R. Ippolito, Jr.
G. Robert Prescott, Jr.
Gilda B. Williams
Assistant Attorneys General
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Blvd.
Montgomery, AL 36110
Counsel for Defendants Alabama Department of Transportation
/s/ Kyle T. Smith
Kyle T. Smith
(ASB-6752-I72K )
Deputy Attorney General
SIROTE & PERMUTT, PC
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Counsel for Defendants Alabama Department of Transportation

/s/ Mary Ellen Bates
Mary Ellen Bates, Esq.
BATES, HETZEL, PC
The McAdory Building
2013 1st Avenue North
Suite 450
Birmingham, AL  35203
Counsel for Plaintiff

/s/ Roderick K. Nelson
Roderick K. Nelson, Esq.
SPAIN & GILLON, LLC
2117 Second Ave. North
Birmingham, AL  35203
Counsel for Defendant Darrell Northcutt

/s/ Richard A. Bearden
Richard A. Bearden, Esq.
MASSEY, STOTSER & NICHOLS, PC
1780 Gadsden Highway
Birmingham, AL  35235
Counsel for Defendant Johnny D. Horn

/s/ Terri Olive Tompkins
Terri Olive Tompkins, Esq.
PHELPS, JENKINS, GIBSON & FOWLER, LLP
1201 Greensboro Avenue
Tuscaloosa, AL 35401
Counsel for Defendants Kris Jennings, John P. Till, and Demetrius Deavers

/s/ Scott Morro
Scott Morro, Esq.
MORRO LAW CENTER, LLC
P.O. Box 1644
1501 Decatur Highway
Gardendale, AL  35071
Counsel for Defendant Randy Mulvehill

/s/ Richard E. Trewhella
Richard E. Trewhella, Esq.
CONSTANGY, BROOKS & SMITH
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, AL 35203
Counsel for Donald Warren

/s/ R. Rhett Owens
/s/ Mignon A. Lunsford
R. Rhett Owens, Esq.
Mignon A. Lunsford, Esq.
BURR & FORMAN
420 20th Street North
Suite 3400
Birmingham, AL 35203
Counsel for Mathis Jones

/s/ J. Bradley Boyd
J. Bradley Boyd, Esq.
BOYD LAW FIRM
223 2nd Ave. East
Oneonta, AL 35242
Counsel for Lonny D. White

/s/ William M. Acker, III
Hayes & McKinney LLC
1929 Third Avenue North
Suite 200
Birmingham, AL 35203
Counsel for Bobby Thomas